AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Lorna Blakely          **JUDGMENT IN A CIVIL CASE**
                                            CASE NUMBER: 05-CV-14

     v.

TLC Health Newtork


☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's claims are dismissed.


Date: 12/7/05                                         RODNEY C. EARLY, CLERK


                                                 By:    s/Deborah M. Zeeb
                                                           Deputy Clerk